UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22964-UU

TARIQUE STANLEY,

    Plaintiff,

v.

SHOW TECHNOLOGY, INC., *et al*.,

    Defendants.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE comes before the Court upon Magistrate Judge John J. O'Sullivan's Order Approving Settlement and Recommendation That the Case be Dismissed with Prejudice (D.E. 17).  It is hereby

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes.  All hearings before the undersigned are CANCELLED; all motions DENIED AS MOOT.  But the Clerk SHALL NOT terminate the Report and Recommendation (D.E. 17).

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2018.

*/s/ Ursula Ungaro*

UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf